UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BORIS ALEXEEV,

       Petitioner,

       v.

LOUIS MILUSNIC, Warden,

       Respondent.

NO. CV 13-7510-JLS (AGR)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has not filed any Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 31, 2015

JOSEPHINE L. STATON
United States District Judge