UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ALEXEEV, <br>     Petitioner, <br>   v. <br> LOUIS MILUSNIC, Warden, <br>     Respondent. | NO. CV 13-7510-JLS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 31, 2015

                            JOSEPHINE L. STATON  
                            United States District Judge